IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MANTAGAS and MICHAEL ROBINA, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SHI INTERNATIONAL CORP.,<br><br>　　　　Defendant. | Civil Action No. 3:22-cv-06739-ZNQ-TJB<br><br>Judge Zahid N. Quraishi<br><br>Magistrate Judge Tonianne J. Bongiovanni |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this action hereby stipulate to the voluntary dismissal of Plaintiffs Michael Mantagas and Michael Robina's individual claims against SHI International Corp., *with prejudice*. Each party shall bear their own costs.

Dated: October 13, 2023

**So Ordered. The Clerk's Office is instructed to mark this case CLOSED.**

**Date: 10/23/2023**

_____
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

*/s/ Vicki J. Maniatis*
_____

Vicki J. Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel.:　(865) 412-2700
vmaniatis@milberg.com

David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Sean Topping*
Sean M. Topping (Attorney ID No. 235462017)
Judith A. Archer (admitted pro hac vice)
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
(212) 318-3400
sean.topping@nortonrosefulbright.com
judith.archer@nortonrosefulbright.com

*Attorneys for Defendant SHI International Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2023, a true and accurate copy of the foregoing stipulation has been electronically filed with the Clerk of this Court via this Court's CM/ECF System, which will send notice to all counsel of record registered with this Court's Electronic Case Filing System.

*/s/ Vicki J. Maniatis*
Vicki J. Maniatis